UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GUARDSQUARE INC.,

    Plaintiff,

v.                                        Case No. 3:24-cv-00962-TJC-MCR

FIDELITY INFORMATION
SERVICES, LLC,

    Defendant.
_____/

**DEFENDANT FIDELITY INFORMATION SERVICES, LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☐ No.

   ☒ Yes, and

       ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

       Fidelity National Information Services, Inc. is the parent corporation of Fidelity Information Services, LLC. Fidelity National Information Services, Inc. holds 10% or more of Fidelity Information Services, LLC's shares.

       Fidelity National Information Services, Inc. is a publicly-held Georgia corporation that trades on the New York Stock Exchange under the symbol "FIS" and identifies the following entities owning more than 10% of its stock: The Vanguard Group.

  ☐  The filer has no parent corporation.

  ☐  No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

  ☐  No.

  ☒  Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

  Name: Fidelity National Information Services, Inc.
  Citizenship: Florida and Georgia

  a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☐  No.

    ☒  Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

  b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    ☒  No.

    ☐  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

  c. Is the filer an insurer?

    ☒  No.

    ☐  Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes.  These additional persons and entities have or might have an interest in the outcome of the action:

Parties to this action:

    Guardsquare Inc. (Plaintiff)

    Fidelity Information Services, LLC (Defendant)

<u>Counsel for Plaintiff in this action:</u>

    Akerman LLP

    Megan Costa DeLeon

    Monica M. Kovecses

    Alexander W. Adeseye

    Riya Resheidat

<u>Counsel for Defendant in this action:</u>

    McGuireWoods LLP

    R. Eric Bilik

    Jackson M. Story

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7.     Is there an additional entity likely to actively participate in this action?

    ☒    No.

    ☐    Yes, and this is the entity: [].

8.     Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Dated: January 6, 2025

MCGUIREWOODS LLP

By:   /s/ Jackson M. Story
R. Eric Bilik (FL Bar No. 0987840)
(Lead Counsel)
ebilik@mcguirewoods.com
Jackson M. Story (FL Bar No. 1032001)
jstory@mcguirewoods.com
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys and Trial Counsel for Defendant
Fidelity Information Services, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   /s/ Jackson M. Story